UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | Richard A Starr | ) Case Number: 21-11340 |
| | | ) Chapter 13 Proceedings |
| | Debtor. | ) Judge Jessica E. Price Smith |

**CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court to issue an Order requiring the Debtor to appear for examination pursuant to Bankruptcy Rule 2004. In support of this motion, the Trustee makes the following representations to the Court:

1. At the beginning of the case, Debtor receive written notice from the Trustee's office indicating Federal income tax returns and other documents including a Declaration of Income must be remitted to the Trustee's office each year the Chapter 13 bankruptcy case is active. See 11 U.S.C. §§521(f), (g) and the Confirmation Order as the grounds for this request. Debtor will also receive a reminder of this task with their annual Chapter 13 Statement. Each year a case is active, Debtor's counsel is provided a list of all cases where the most recent Federal income tax return and other required documents will need to be remitted to the Trustee's office.

2. As of the date of this Motion, the Trustee has not received one or more of the following items:
   - Federal tax return for 2021 for the Debtor (and spouse, if married), including all schedules filed with the tax return;
   - A complete and executed copy of the Declaration of Income form for 2021;
   - All W-2 and/or 1099 income statements used to prepare the Federal tax return.

3. Trustee requests Debtor to remit the following documents:
   - Federal tax return for 2021 for the Debtor (and spouse, if married), including all schedules filed with the tax return;
   - A complete and executed copy of the Declaration of Income form for 2021;
   - All W-2 and/or 1099 income statements used to prepare the Federal tax return;
   - Proof funds from the Debtor's 2021 Federal tax refund have been remitted to the Trustee's office if Debtor is/are required to turnover a portion of their refund.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant this motion and order the Debtor to appear on **Thursday, August 18, 2022, at 11:00 a.m.** for a telephonic examination for the reasons cited and to require Debtor provide said documents to Trustee on or before **Monday, August 15, 2022** for review by Trustee prior to the exam.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on August 3, 2022 a true and correct copy of this Trustee's Motion for Examination and the Production of Documents pursuant to Bankruptcy Rule 2004 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Keith L Borders, on behalf of Richard A Starr, Debtor, at kblaw123@gmail.com

And by regular U.S. mail, postage prepaid, on:

    Richard A Starr, Debtor, at 2341 Carnegie Ave Apt 205, Cleveland, OH 44115

    /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com